UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDNA L. CARUSO, P.A., f/k/a CARUSO, BURLINGTON, BOHN & COMPIANI, P.A., a Professional Association,<br><br>    Judgment Creditor,<br><br>vs-<br><br>FRIEDA PERLOW<br><br>    Judgment Debtor. | CIVIL ACTION NO.:<br><br><br><br>January 20, 2006 |

### CERTIFICATION TO CONFIRM FOREIGN JUDGMENTS

On February 7, 2005, July 26, 2005, and November 30, 2005 respectively, Plaintiff Edna L. Caruso P.A., f/k/a Caruso & Burlington, P.A., f/k/a Caruso, Burlington, Bohn & Compiani, P.A. obtained three Florida judgments (Exhibit "A", "B" and "C" respectively attached hereto) against Defendant Frieda Perlow as follows:

| Judgment Date | Original Amount | Interest | Amount Outstanding |
|---|---|---|---|
| 2/7/2005 | $137,769.17 | $13,097.51 | $150,866.68 |
| 7/26/2005 | $67,087.28 | $3,271.65 | $70,358.93 |
| 11/30/2005 | $952.40 | $13.31 | $965.71 |
| Total: | **$205,808.85** | **$16,382.47** | **$222,191.32** |

Pursuant to Connecticut General Statutes §52-605, Plaintiff Edna L. Caruso P.A. hereby requests the Court to treat these three foreign judgments in the same manner as a Connecticut judgment, in accordance with the following:

1. Plaintiff Edna L. Caruso P.A. is a Florida Professional Association with its principal office located at 1615 Forum Place, Suite 3A, West Palm Beach, Florida 33401.

2. Defendant Frieda Perlow is an individual residing at 403 6th Street, Lakewood, New Jersey.

3. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332 because it involves a dispute between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest or costs.

4. Judgments were not obtained by default in appearance or by confession of judgment.

5. The judgments are entirely unsatisfied.

6. The total amount of $222,191.32 remains unpaid. This amount includes post-judgment interest through January 20, 2006 at 10%.

7. Enforcement of the judgments has not been stayed in Florida; and

8. Defendant Frieda Perlow's last known address is 403 6th Street, Lakewood, New Jersey.

_____
Houston Putnam Lowry, Esq.
Counsel for Edna L. Caruso, P.A.
Brown & Welsh, P.C.
Meriden Executive Park
530 Preston Avenue
P.O. Box 183
Meriden, CT 06450-0183
(203) 235-1651
FAX: (203) 235-9600
eMail: HPLowry@BrownWelsh.com
Federal Bar # CT05955



```
CFN 20050083083
OR BK 18128 PG 1856
RECORDED 02/10/2005 15:51:41
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1856 - 1860; (5pgs)
```

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. CA 03-02345 AB

CARUSO, BURLINGTON, BOHN & COMPIANI, P.A., a Professional Association, and PAULA REVENE, ESQUIRE,

    Plaintiffs,

vs-

FRIEDA PERLOW,

    Defendant.

_____/



### FINAL JUDGMENT IN FAVOR OF PLAINTIFF, EDNA L. CARUSO, P.A.

THIS CAUSE having come before the Court for final hearing on December 3, 2004 and January 24, 2005, after entry of default against Defendant, FRIEDA PERLOW on June 2, 2004, to determine the amounts due Plaintiffs under the Guaranty signed by Defendant, FRIEDA PERLOW, and the Court having entertained argument of counsel, the Court makes the following:

**Findings of Fact and Conclusions of Law**

This Court incorporates the findings of fact and conclusions of law which have already been stated at the hearings in this matter held on December 1, 2004 and December 3, 2004.



1

CARUSO, BURLINGTON, ET AL., V. PERLOW                    CASE NO. CA 03-02345 AB
Final Judgment in Favor of Plaintiff,
Edna L. Caruso, P.A.

Defendant's Motion to Vacate Default is DENIED. Having reviewed the Motion and the Affidavit of Frieda Perlow, the Court does not see a basis for excusable neglect. Although there appears to be neglect, it appears to be inexcusable neglect, given the length and period of time the case has gone on, and the number of orders entered. This Court also noted at a prior hearing the number of those motions that resulted in sanction orders against Defendant. And this Court also noted that FRIEDA PERLOW, the Defendant herein, cannot merely bury her head in the sand, and merely rely upon those representations of her attorney for such a lengthy period of time, if, indeed, that is the case.

The Plaintiffs in this case have been severely prejudiced both in time and money by Defendant's inexcusable neglect. At this point, if there is any dispute to be had regarding attorney/client communications between Defendant's son, Esig Perlow, and Defendant's prior attorney, David Marshall Brown, Esquire, that is an issue between Mr. Perlow and Mr. Brown for which the Plaintiffs in this case should no longer bear any kind of responsibility or burden.

The Court does not find that there would have been a meritorious defense in any event under the Defendant's Motion to Vacate Default; that is, that the condition precedent argument upon which the Defendant relied. This Court finds the condition

2

CARUSO, BURLINGTON, ET AL., V. PERLOW  CASE NO. CA 03-02345 AB
Final Judgment in Favor of Plaintiff,
Edna L. Caruso, P.A.

precedent has been satisfied; that Plaintiff, EDNA L. CARUSO, P.A., has exhausted her attempts to secure payment from Esig Perlow directly and through the courts and that this case is now ripe for final judgment on the Guaranty executed by Defendant, FRIEDA PERLOW.

Based on the evidence presented on the attorneys' fees, this Court finds that the amounts sought are reasonable, necessary and appropriate, considering the standards articulated in Rule of Professional Conduct 4-1.5(b), and the cases of Fla. Patient's Compensation Fund v. Rowe, 472 So.2d 1145 (Fla. 1985), and Standard Guaranty Insurance Co. v. Quanstrom, 555 So.2d 828 (Fla. 1990).

The Court finds that Edna L. Caruso, Esquire's attorney's fees of 517.3 hours to be reasonable, given her experience, given her reputation in this community, given the amount of time and dedication it took away from other business, and given the sophistication of the nature of the action, the fact that the action proceeded all the way to the Florida Supreme Court, yielding an opinion which by many accounts is a significant opinion in the area of proposed matrimonial orders submitted to courts for their review, and/or entry.

The Court finds the hourly rate of Edna L. Caruso, Esquire of $350 per hour, then $400 per hour, to be reasonable based on Ms. Caruso's experience in this area, her

3

CARUSO, BURLINGTON, ET AL., V. PERLOW           CASE NO. CA 03-02345 AB
Final Judgment in Favor of Plaintiff,
Edna L. Caruso, P.A.

reputation as one of the foremost appellate attorneys in this area, and is in keeping with appellate fees in this area generally.

Ms. Caruso testified with credibility that Esig Perlow's demand upon her time was significant; that the records that he submitted to her were out of keeping; that he had been representing himself, and that she had to put additional work into this case to simply identify the issues on appeal which normally would have come from a trial attorney that was not present in this particular case.

The interest rate of ten percent (10%) is contained within the Guaranty. It has been contractually agreed to; it is not usurious. Therefore, this Court finds the amount of attorney's fees sought by Plaintiff, EDNA L. CARUSO, P.A., of $114,991.44 to be reasonable, appropriate, and necessary to the legal services performed and results obtained. In addition, the Court awards as the interest amounts $11,499.14 in interest calculated through 2004, plus $11,278.59 in interest calculated through January 24, 2005, at ten percent (10%) per annum. It is therefore

ADJUDGED that Plaintiff, EDNA L. CARUSO, P.A., f/k/a CARUSO & BURLINGTON, P.A., f/k/a CARUSO, BURLINGTON, BOHN & COMPIANI, P.A., 1615 Forum Place, Suite 3-A, West Palm Beach, Florida 33401, recover from Defendant, FRIEDA PERLOW, 403 6th Street, Lakewood, New Jersey, 08701, whose

4

| | |
|---|---|
| CARUSO, BURLINGTON, ET AL., V. PERLOW<br>Final Judgment in Favor of Plaintiff,<br>Edna L. Caruso, P.A. | CASE NO. CA 03-02345 AB |

Social Security Number is 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, the total amount of $137,769.17, which total amount shall bear interest at the rate of ten percent (10%) per year, for which let execution issue.

Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, an award of attorney's fees and costs under the Guaranty for prosecuting the instant action.

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida this 7th day of February, 2005.

_____
CIRCUIT COURT JUDGE

**Copies furnished to:**

Diran V. Seropian, Esq.
EDNA L. CARUSO, P.A.
1615 Forum Place, Suite 3-A
West Palm Beach, Florida 33401

Paula Revene, Esq.
600 South Andrews Avenue, Suite 404
Fort Lauderdale, Florida 33301

Christopher Chopin, Esquire
CHRISTOPHER CHOPIN, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33401

Frieda Perlow
403 6th Street
Lakewood, New Jersey 08701

5



Book18128/Page1860                    Page 5 of 5

I hereby certify that the foregoing is a true copy of the record in my office this day, Nov 16, 2005.
Sharon R. Bock , Clerk Circuit Court, Palm Beach County, Florida
BY _Patricia Wilson_ Deputy Clerk

```
CFN 20050474482
OR BK 18994 PG 0375
RECORDED 07/29/2005 15:58:24
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 0375 - 380; (6pgs)
```

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY,
FLORIDA

502003CA002345XXCDAB

CASE NO. CA 03-02345 AB

CARUSO, BURLINGTON, BOHN &
COMPIANI, P.A., a Professional
Association, and PAULA REVENE,
ESQUIRE,

    Plaintiffs,

vs-

FRIEDA PERLOW,

    Defendant.
_____/

### FINAL SUMMARY JUDGMENT AS TO ATTORNEYS' FEES INCURRED BY PLAINTIFF, EDNA L. CARUSO, P.A.

THIS CAUSE having come before the Court for hearing on July 20, 2005, after entry of Final Judgment In Favor of Plaintiff, EDNA L. CARUSO, P.A., f/k/a CARUSO & BURLINGTON, P.A., f/k/a CARUSO, BURLINGTON, BOHN & COMPIANI, P.A. (hereinafter "EDNA L. CARUSO, P.A."), against Defendant, FRIEDA PERLOW on February 7, 2005, to determine EDNA L. CARUSO, P.A.'s attorneys' fees incurred in collecting and prosecuting Defendant's obligation under the written Guaranty, and the Court having reviewed the pleadings, and having entertained argument of counsel, the Court makes the following:

Page 1 of 6



CARUSO, BURLINGTON, ET AL., V. PERLOW                             CASE NO. CA 03-02345 AB
Final Summary Judgment As to Attorneys' Fees
Incurred by Plaintiff, Edna L. Caruso, P.A.

**Findings of Fact** - The Court finds that:

1. The 135.9 hours expended by Diran V. Seropian, Esquire, as of April 1, 2005 in this collection action were reasonable and necessary.

2. Diran V. Seropian, Esquire's hourly rate of $400.00 is reasonable.

3. The 11.2 hours expended by Edna L. Caruso, Esquire, as of April 1, 2005 in this collection action were reasonable and necessary.

4. Edna L. Caruso, Esquire's hourly rate of $450.00 is reasonable.

5. The attorneys' fees incurred by EDNA L. CARUSO, P.A. in this collection action as of April 1, 2005 were $59,400.00.

6. The costs incurred by EDNA L. CARUSO, P.A. in this collection action as of April 1, 2005 were $7,687.28.

7. The Court determines that Plaintiffs' Request for Admission in Aid of Execution, served on April 7, 2005, paragraphs 1 through 17, are deemed conclusively admitted for all purposes in connection with this litigation.

8. The Affidavit of Diran V. Seropian, Esq., substantiates Plaintiffs, EDNA L. CARUSO, P.A.'S attorney's fees and costs incurred in collecting and prosecuting Defendant's obligation under the written Guaranty.

Page 2 of 6

CARUSO, BURLINGTON, ET AL., V. PERLOW  
Final Summary Judgment As to Attorneys' Fees  
Incurred by Plaintiff, Edna L. Caruso, P.A.

CASE NO. CA 03-02345 AB

9.  Plaintiffs' expert, Jack J. Aiello, Esquire, testified unrebutted that Diran V. Seropian, Esquire's hours and hourly rate were reasonable and necessary for the results obtained.

10. Jack J. Aiello, Esquire also testified unrebutted that Edna L. Caruso, Esquire's hours and hourly rate were reasonable and necessary for the results obtained.

11. Plaintiffs' Request for Admissions to Defendant In Aid Of Execution, served on April 7, 2005, to which Defendant has filed neither a response nor an objection, are deemed admitted for all purposes in connection with this litigation.

**Conclusions of Law**

Based on the evidence presented on the attorney's fees, this Court finds that the amounts sought are reasonable, necessary and appropriate, considering the standards articulated in Rule of Professional Conduct 4-1.5(b), and the cases of Fla. Patient's Compensation Fund v. Rowe, 472 So.2d 1145 (Fla. 1985), and Standard Guaranty Insurance Co. v. Quanstrom, 555 So.2d 828 (Fla. 1990).

The Court finds that Diran V. Seropian, Esquire's attorney's fees of 135.9 hours to be reasonable, given his experience, given his reputation in the community,

Page 3 of 6

CARUSO, BURLINGTON, ET AL., V. PERLOW   CASE NO. CA 03-02345 AB
Final Summary Judgment As to Attorneys' Fees
Incurred by Plaintiff, Edna L. Caruso, P.A.

given the amount of time and dedication it took away from other business, and given the obstreperous conduct of Defendant.

The Court finds that Edna L. Caruso, Esquire's attorney's fees of 11.2 hours to be reasonable, given her experience, given her reputation in the community, given the amount of time and dedication it took away from other business, and given the obstreperous conduct of Defendant.

The Court finds the hourly rate of Diran V. Seropian, Esquire of $400.00, and the hourly rate of Edna L. Caruso, Esquire of $450.00, to be reasonable based on their experience in this area, their reputation in the community, and is in keeping with appellate fees in this area generally.

Therefore, this Court finds the amount of attorneys' fees as of April 1, 2005 sought by Plaintiff, EDNA L. CARUSO, P.A., of $59,400.00 to be reasonable, appropriate, and necessary to the legal services performed and results obtained. In addition, the Court awards costs to Plaintiff, EDNA L. CARUSO, P.A., of $7,687.28.

It is therefore ADJUDGED that Plaintiff, EDNA L. CARUSO, P.A., 1615 Forum Place, Suite 3-A, West Palm Beach, Florida 33401, recover from Defendant, FRIEDA PERLOW, whose addresses are: Frieda Perlow, 403 6th Street, Lakewood,

Page 4 of 6

CARUSO, BURLINGTON, ET AL., V. PERLOW  
Final Summary Judgment As to Attorneys' Fees  
Incurred by Plaintiff, Edna L. Caruso, P.A.

CASE NO. CA 03-02345 AB

New Jersey, 08701; Frieda Perlow, 182 Lakewood-New Egypt Road, Lakewood, New Jersey 08701-2932; Frieda Perlow, c/o Esig Perlow, 20359 Monteverdi Circle, Boca Raton, Florida  33498; and Frieda Perlow, c/o Sean D. Gertner, Esquire, ROTHSTEIN, MANDELL, STROHM, MUST & GERTNER, P.O. Box 3017, Lakewood, New Jersey 08701; and whose Social Security Number is 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, the total amount of $67,087.28, which total amount shall bear interest at the rate of ten percent (10%) per year, for which let execution issue.

Jurisdiction of this action is retained to enter further orders that are proper, including, without limitation, an award of additional attorneys' fees and costs under the Guaranty for prosecuting the instant action, including expert witness costs, to Plaintiff, EDNA L. CARUSO, P.A., and to Plaintiff, PAULA REVENE, ESQUIRE, and to enforce Defendant, FRIEDA PERLOW's compliance with this Final Summary Judgment.

Jurisdiction of this action is also retained to enter further orders that are proper including, without limitation, an award of attorney's fees and costs under the Guaranty to Plaintiff, PAULA REVENE, ESQUIRE, for prosecuting the instant action.

Page 5 of 6

CARUSO, BURLINGTON, ET AL., V. PERLOW  
Final Summary Judgment As to Attorneys' Fees  
Incurred by Plaintiff, Edna L. Caruso, P.A.

CASE NO. CA 03-02345 AB

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida this 26th day of July, 2005.

_____  
CIRCUIT COURT JUDGE

**Copies furnished to:**

Diran V. Seropian, Esq.  
EDNA L. CARUSO, P.A.  
1615 Forum Place, Suite 3-A  
West Palm Beach, Florida 33401

Paula Revene, Esq.  
600 South Andrews Avenue, Suite 404  
Fort Lauderdale, Florida 33301

Frieda Perlow  
403 6th Street  
Lakewood, New Jersey 08701

Frieda Perlow  
182 Lakewood-New Egypt Road  
Lakewood, New Jersey 08701-2932

Frieda Perlow  
c/o: Esig Perlow  
20359 Monteverdi Circle  
Boca Raton, Florida 33498

Frieda Perlow  
c/o: Sean D. Gertner, Esquire  
ROTHSTEIN, MANDELL, STROHM, MUST & GERTNER  
P.O. Box 3017  
Lakewood, New Jersey 08701

Page 6 of 6



Book18994/Page380

Page 6 of 6

I hereby certify that the foregoing is a true copy of the record in my office this day, Nov 17, 2005.  
Sharon R. Bock, Clerk Circuit Court, Palm Beach County, Florida  
BY _Patricia Wilson_ Deputy Clerk





IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. CA 03-02345 AB

CARUSO, BURLINGTON, BOHN & COMPIANI, P.A., a Professional Association, and PAULA REVENE, ESQUIRE,

    Plaintiffs,

vs-

FRIEDA PERLOW,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO TAX COSTS AND FINAL JUDGMENT

THIS CAUSE having come before the Court for hearing on November 30, 2005, on the above-referenced Motion, and the Court having reviewed the pleadings, having entertained argument of counsel, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Plaintiff is entitled to recover expert witness costs of $952.40, for Plaintiff's expert witness.



Page 1 of 3

CARUSO, BURLINGTON, ET AL., V. PERLOW　　　　CASE NO. CA 03-02345 AB
Order Granting Plaintiffs' Motion to Tax Costs
and Final Judgment

It is therefore ADJUDGED that Plaintiff, EDNA L. CARUSO, P.A., f/k/a CARUSO & BURLINGTON, P.A., f/k/a CARUSO, BURLINGTON, BOHN & COMPIANI, P.A., 1615 Forum Place, Suite 3A, West Palm Beach, Florida 33401, recover from Defendant, FRIEDA PERLOW, whose addresses are: Frieda Perlow, 403 6th Street, Lakewood, New Jersey, 08701; Frieda Perlow, 182 Lakewood-New Egypt Road, Lakewood, New Jersey 08701-2932; Frieda Perlow, c/o Esig Perlow, 20359 Monteverdi Circle, Boca Raton, Florida 33498; and Frieda Perlow, c/o Sean D. Gertner, Esquire, GLUCK, ALLEN & GERTNER, 217 Washington Street, Toms River, New Jersey 08753; and whose Social Security Number is 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, the total amount of $952.40, which total amount shall bear interest at the rate of ten percent (10%) per year, for which let execution issue.

Jurisdiction of this action is retained to enter further orders that are proper, including, without limitation, an award of additional attorneys' fees and costs under the Guaranty for prosecuting the instant action, including expert witness costs, to Plaintiff, EDNA L. CARUSO, P.A., and to Plaintiff, PAULA REVENE, ESQUIRE, and to enforce Defendant's compliance with this Final Judgment.

Page 2 of 3

CARUSO, BURLINGTON, ET AL., V. PERLOW  
Order Granting Plaintiffs' Motion to Tax Costs  
and Final Judgment

CASE NO. CA 03-02345 AB

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida this 30th day of November, 2005.

CIRCUIT COURT JUDGE

**Copies furnished to:**

Diran V. Seropian, Esq., EDNA L. CARUSO, P.A., 1615 Forum Place, Suite 3-A, West Palm Beach, Florida 33401

Paula Revene, Esq., 600 South Andrews Avenue, Suite 404, Fort Lauderdale, Florida 33301

William A. Fleck, Esq., KRAMER, ALI, FLECK, HUGHES, GELB & BORNSTEIN, 6650 West Indiantown Road, Suite 200, Jupiter, FL 33458

Frieda Perlow, 403 6th Street, Lakewood, New Jersey 08701

Frieda Perlow, 182 Lakewood-New Egypt Road, Lakewood, New Jersey 08701-2932

Frieda Perlow, c/o: Esig Perlow, 20359 Monteverdi Circle, Boca Raton, Florida 33498

Frieda Perlow, c/o: Sean D. Gertner, Esquire, GLUCK, ALLEN & GERTNER, 217 Washington Street, Toms River, NJ 08753

Page 3 of 3

I hereby certify that the foregoing is a true copy of the record in my office this day, Dec 20, 2005. Sharon R. Bock, Clerk Circuit Court, Palm Beach County, Florida BY _____ Deputy Clerk

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT, P.O. BOX 3315, WEST PALM BEACH, FL 33402

April 27, 2005

**CASE NO.: 4D05-1203**
L.T. No. : 502003CA002345XXCD
AB

FRIEDA PERLOW  v.  EDNA L. CARUSO, P.A., ETC., ET AL.

Appellant / Petitioner(s),            Appellee / Respondent(s).

**BY ORDER OF THE COURT:**

ORDERED that appellees' motion filed March 29, 2005, to dismiss is granted, and the above-styled appeal is hereby dismissed; further,

ORDERED that appellees' motion filed March 29, 2005, for attorney's fees is hereby denied.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

Sharon R. Bock, Clerk    Christopher Chopin    Edna L. Caruso
Diran V. Seropian

cd

MARILYN BEUTTENMULLER, Clerk
Fourth District Court of Appeal



**EXHIBIT "D"**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 20th day of January, 2006 to:

Frieda Perlow
403 6th Street
Lakewood, New Jersey 08701

Frieda Perlow
c/o Esig Perlow
20359 Monteeverdi Circle
Boca Raton, Florida 33498

Frieda Perlow
182 Lakewood-New Egypt Road
Lakewood, New Jersey 08701-2932

Houston Putnam Lowry

- 4 -